UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
=========================================

TURNER CONSTRUCTION COMPANY,
BROOKFIELD PROPERTIES (USA II) LLC f/k/a
BROOKFIELD PROPERTIES MANAGEMENT and
BSREP NERO III LLC,

Civ. Action No.:
1:25-cv-00241-JSR

        Plaintiffs,

v.

KINSALE INSURANCE COMPANY and
MT. HAWLEY INSURANCE COMPANY,

        Defendants.

=========================================

### STIPULATION OF VOLUNTARY DISMISSAL

Pursuant to F.R.C.P Rule 41(a)(1)(A)(ii), it is hereby stipulated by the parties to this action by and through the undersigned attorneys of record that this action is dismissed without prejudice as against defendant Mt. Hawley Insurance Company.

Dated: February 28, 2025                Respectfully submitted,

SAXE DOERNBERGER & VITA, P.C.        KENNEDYS CMK LLP

By: /s/ Bethany Barrese
Bethany L. Barrese, Esq.
Bar Roll. No. BD-8843
bbarrese@sdvlaw.com

Janie Reilly Eddy, Esc.
jeddy@sdvlaw.com

136 Madison Avenue
5th Floor
New York, New York 10016
Tel.: (203) 287-2100
Fax: (203) 287-8847
*Attorneys for plaintiffs*
*Turner Construction Company*
*Brookfield Properties (USA II) LLC*
*f/k/a Brookfield Properties Management*
*and BSREP Nero III LLC*

By: /s/ Douglas Steinke
Douglas J. Steinke, Esq.
Bar Roll No. DS-9987
Douglas.Steinke@kennedyslaw.com

Abigail K. Pearlman, Esq.
Bar Roll. No. AP-2091
Abigail.Pearlman@kennedyslaw.com

22 Vanderbilt Avenue, Suite 2400
New York, New York 10017
Tel.: (212) 252-0004
Fax: (212) 832-4920

*Attorneys for defendant*
*Kinsale Insurance Company*

DELAHUNT LAW PLLC

By: /s/ Timothy Delahunt
Timothy E. Delahunt
Bar Roll. No. TD-2791
tdelahunt@delahuntpllc.com

295 Main Street
Suite 836
Buffalo, New York 14203
Tel.: (716) 878-9178

*Attorneys for defendant*
*Mt. Hawley Insurance Company*

SO ORDERED
/s/ Jed S. Rakoff
U.S.D.J.
3-8-25